UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHINH DAO,

Petitioner,

v.

UNKNOWN,

Respondent.

Case No. 5:26-cv-02491-FWS-ADS

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Return, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated July 13, 2026, [Dkt. No. 21]. No objections were filed and the time to do so has passed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 21], is accepted;
2. The case is **DISMISSED AS MOOT**; and

3. Judgment is to be entered accordingly.

DATED: July 29, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE