JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINH DAO,<br>Petitioner,<br>v.<br>UNKNOWN,<br>Respondent. | Case No. 5:26-cv-02491-FWS-ADS<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that the above-captioned case is **DISMISSED AS MOOT**.

DATED: July 29, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE